EICHNER, Respondent, *v.* LIVERPOOL & LONDON & GLOBE INS. CO., Appellant.

*(Common Pleas of New York City and County, General Term.* February 2, 1891.)

Appeal from fourth district court; STECKLER, Judge.

*Butler, Stillman & Hubbard,* for appellants. *Herman Josephs,* for respondent.

PER CURIAM. The application for leave to appeal to the court of appeals denied, without costs. See 8 N. Y. Supp. 948, *mem.;* 11 N. Y. Supp. 955, *mem.*

———

JUBE, Respondent, *v.* HODGE, Appellant.

*(Common Pleas of New York City and County, General Term.* February 2, 1891.)

Appeal from eleventh district court; MURRAY, Judge.

*J. Newton Williams,* for appellant. *Andrew Gilhooly,* for respondent.

No opinion. Reargument ordered. See 11 N. Y. Supp. 957.

———

PEOPLE *v.* BRADY *et al.*

*(Common Pleas of New York City and County, General Term.* February 2, 1891.)

Motion to vacate judgment entered on a forfeited recognizance.

*J. R. Fellows,* Dist. Atty., for the People. *John G. Boyd,* for defendants.

ALLEN, J. A proper certificate of the district attorney having been filed, this application is granted. See 11 N. Y. Supp. 711.

———

PEOPLE *v.* LASHER *et al.*

*(Common Pleas of New York City and County, General Term.* February 2, 1891.)

*J. R. Fellows,* Dist. Atty., for the People. *Purdy & McLaughlin,* for defendants.

No opinion. Motion for remission of forfeiture granted. See 11 N. Y. Supp. 711.